IDA SACHS, Appellant, *v.* COMMERCIAL TRAVELERS MUTUAL ACCIDENT ASSOCIATION OF AMERICA, Respondent.

Submitted January 10, 1938; decided January 11, 1938.

*Charles J. Nehrbas* for motion.

*Irving Mariash* opposed.

Motion granted and appeal dismissed, with costs and ,en dollars costs of motion.